UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NANCY BRICKER

        Plaintiff,

v.

Case Number 06-10044-BC
Honorable Thomas L. Ludington

AUSABLE VALLEY COMMUNITY
MENTAL HEALTH SERVICES, HOLLIE
MCDONALD, LEE D. MERTZ, and
FLOYD R. SMITH

        Defendants.

_____ /

## JUDGMENT

In accordance with the order granting the defendants' motion to dismiss entered on this date,

It is **ORDERED AND ADJUDGED** that judgement is granted in favor of the defendants and against the plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: November 20, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2006.

        s/Tracy A. Jacobs
        TRACY A. JACOBS